1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  5055 Wilshire Blvd, Suite 300
   Los Angeles, CA  90036
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4
   Attorneys for Plaintiff, LINDA AUGUSTINE
5

6  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA,**
   **SACRAMENTO DIVISION**
7

8  LINDA AUGUSTINE,                 )   Case No.: 2:08-cv-02684-JAM-DAD
                                    )
9          Plaintiff,               )
                                    )   **NOTICE OF SETTLEMENT**
10     v.                           )
                                    )
11 NCO FINANCIAL SYSTEMS, INC.,     )
                                    )
12         Defendant.               )
                                    )
13

14     NOW COMES the Plaintiff, LINDA AUGUSTINE, and Defendant, NCO FINANCIAL

15 SYSTEMS, INC., by and through the undersigned counsel and hereby inform the court that they

16 have reached settlement of the present matter and are in the process of finalizing settlement,

17 which parties anticipate will be finalized within the next 45 days.

18     The Parties therefore jointly request that this honorable court vacate all dates currently set

19 on calendar for the present matter.

20                              Respectfully Submitted,

21 DATED: January 20, 2008        KROHN & MOSS, LTD.

22                                By: /s/ Nicholas J. Bontrager              _

23                                    Nicholas J. Bontrager
                                      Attorney for Plaintiff
24

25

- 1 -

NOTICE OF SETTLEMENT