Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA AUGUSTINE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No.  08 CV 02684-JAM-DAD<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE |

　　　　Plaintiff, LINDA AUGUSTINE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about November 7, 2008.  LINDA AUGUSTINE filed a Notice of Acceptance of NCO's Offer of Judgment on January 12, 2009.  The parties resolved the action in its entirety prior to the Court entering judgment in this matter.  LINDA AUGUSTINE filed a Notice of Settlement on January 20, 2009.

As part of said resolution, the parties agree to dismiss the entire action with prejudice. Judgment has not yet been entered in this matter.

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated:  2/24/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                              /s/ Albert R. Limberg
                              Albert R. Limberg
                              Attorney for Defendant
                              NCO Financial Systems, Inc.

Dated: 2/24/09           KROHN & MOSS

                              /s/ Ryan Lee
                              Ryan Lee
                              Attorney for Plaintiff
                              Linda Augustine

IT IS SO ORDERED:

                              _____
                              Hon. John A. Mendez
                              U.S. District Court Judge